A CERTIFIED TRUE COPY

AUG 3 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED 9.2.05
ATTEST:
DEPUTY CLERK, UNITED STATES
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 15 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

1:05cv260

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

FILED
ASHEVILLE, N.C.
SEP - 9 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

### CONDITIONAL TRANSFER ORDER (CTO-251)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,922 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 31 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-251 - TAG-ALONG ACTIONS
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DIST. DIV. C.A. #**             **CASE CAPTION**

**CALIFORNIA NORTHERN**
CAN 3 05-1533      David Setterberg v. Newport News Shipbuilding & Dry Dock Co., et al.
CAN 3 05-2603      M.N., et al. v. Viacom, Inc., et al.

**GEORGIA SOUTHERN**
GAS 2 05-90      Tommie D. Kirkland, Sr. v. Ford Motor Co., et al.

**LOUISIANA EASTERN**
~~LAE 2 05-2709~~      ~~Terry Cardaro, et al. v. Aerojet General Corp., et al.~~    Vacated 8/24/05

**MINNESOTA**
MN 0 05-1419      Patricia Plombon, etc. v. Burlington Northern & Santa Fe Railway Co.
MN 0 05-1598      Frank Kozar v. Garlock Sealing Technologies, LLC, et al.
MN 0 05-1602      Roger Ralph Houwman v. Garlock Sealing Technologies, LLC, et al.
MN 0 05-1606      Thomas Lloyd Leseman v. Garlock Sealing Technologies, LLC, et al.
MN 0 05-1607      William Joseph Lopac v. Garlock Sealing Technologies, LLC, et al.
MN 0 05-1608      Joseph Alex Marcella v. Garlock Sealing Technologies, LLC, et al.
MN 0 05-1610      Robert J. Skiba v. Garlock Sealing Technologies, LLC, et al.
MN 0 05-1611      James Richard Wright v. Garlock Sealing Technologies, LLC, et al.
MN 0 05-1614      William Fredrick Stodola v. Garlock Sealing Technologies, LLC, et al.

**MISSOURI WESTERN**
MOW 4 05-669      Larry Schrock v. Burlington Northern & Santa Fe Railway Co.

**MISSISSIPPI SOUTHERN**
MSS 1 05-317      Jackie T. Jenkins v. AlliedSignal, Inc., et al.
MSS 1 05-341      Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al.
~~MSS 1 05-344~~      ~~Estate of Clyde Lang v. Abex Corp., et al.~~    Opposed 8/19/05
~~MSS 1 05-345~~      ~~Eddie Gilmore v. Abex Corp., et al.~~    Opposed 8/19/05
~~MSS 1 05-346~~      ~~Hunter C. Martin v. Abex Corp., et al.~~    Opposed 8/19/05
~~MSS 1 05-347~~      ~~Walter Lee Stokes v. Abex Corp., et al.~~    Opposed 8/19/05

**NORTH CAROLINA EASTERN**
NCE 4 05-57      Arthur Clinton Armstrong v. Albany International, et al.

**NORTH CAROLINA MIDDLE**
NCM 1 05-407      Charlie Calvin Barringer, et al. v. Aqua-Chem, Inc., et al.
NCM 1 05-627      B.J. Jackson, et al. v. Aqua-Chem, Inc., et al.
NCM 1 05-639      William C. Cook, et al. v. Aqua-Chem, Inc., et al.
NCM 1 05-640      Forrest L. Davis, et al. v. Aqua-Chem, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW 1 05-240      Donald E. Hibberts, et al. v. Aqua-Chem., Inc., et al.
NCW 1 05-241      Walter D. Wolfe, et al. v. Aqua-Chem, Inc., et al.
~~NCW 1 05-~~      ~~Samuel E. Thompson, et al. v. Aqua-Chem~~
NCW 1 05-261      Kevin J. Griffis, et al. v. Aqua-Chem, Inc., et al.
NCW 1 05-268      Billy G. Norris v. A.W. Chesterton, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 05-2180 | Wayne J. Corcoran v. Consolidated Rail Corp., et al. |
| NYE 1 05-2181 | Roger John Bauer v. Consolidated Rail Corp., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-4038 | Dominick N. Serini, et al. v. General Electric Co., et al. |
| ~~NYS 1 05-5730~~ | ~~Peter J. Funk, et al. v. General Electric Co., et al.~~   Opposed 8/30/05 |
| **OKLAHOMA WESTERN** | |
| OKW 5 05-839 | Michael S. Biffle, etc. v. Union Carbide Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 2 05-2012 | Harry Douglas Blackwood, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 2 05-2161 | Charles M. Ross, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 05-2163 | Gerald D. McManus, et al. v. Aqua-Chem, Ic. et al. |
| **TEXAS EASTERN** | |
| TXE 1 05-499 | Ralph Terna v. Champion International Corp. |